**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In Re: | Chapter 13 |
|---|---|
| Genesis Shairy Ocasio | Case Number: 23-12428-PMM |
| Debtor(s) | |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC and §1301, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Genesis Shairy Ocasio
512 Cedar Street
Reading, PA 19601
*Debtor(s)*

Angel Mateo
P.O. Box 12311
Reading, PA 19612-2311
*Co-Debtor(s)*

Joseph T. Bambrick, Jr.
529 Reading Avenue, Suite K
West Reading, PA 19611
NO1JTB@juno.com
*Attorney for Debtor*

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Stern & Eisenberg, PC

By: */s/ Steven P. Kelly*
Steven P. Kelly, Esquire
Bar Number: 308573
Email: skelly@sterneisenberg.com

Date: August 18, 2023