# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| In Re:<br><br>    Genesis Shairy Ocasio<br><br>    Debtor(s) | Chapter 13<br><br>Case Number: 23-12428-PMM |
|---|---|

## ORDER

    AND NOW, this __5th__ day of __September__, 2023, upon the motion of Babylon Capital LLC, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Babylon Capital LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §§ 362 and 1301 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 512 CEDAR STREET, READING, PENNSYLVANIA 19601.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

                                          BY THE COURT:

                                          *Patricia M. Mayer*
                                          _____
                                          Hon. Patricia M. Mayer
                                          UNITED STATES BANKRUPTCY JUDGE